# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Miller,<br><br>      Plaintiff,<br><br>   v.<br><br>Kohl's Department Stores, Inc., a Delaware Corporation; and Does 1-10,<br><br>      Defendants. | Case: 5:13-CV-01111-DMG-DTB<br><br>**ORDER RE DISMISSAL [18]** |

The Court has the parties' Stipulation for Dismissal, and good cause appearing therefor, this action is hereby ordered dismissed with prejudice, each party to bear his or its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the settlement.

DATED: January 9, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE